EDWARD H. MOUBRAY, Appellant, *v.* WILLIAM J. MOUBRAY et al., Respondents.

*Moubray* v. *Moubray*, 3 App. Div. 227, affirmed.
. (Argued December 6, 1898; decided January 10, 1899.)˙

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 11, 1896, affirming a judgment in favor of defendants entered upon a decision of the court dismissing the complaint on trial at Special Term.

*H. H. Snedeker* for appellant.

*Josiah T. Marean* for respondents.

Judgments affirmed, with costs, on opinion below.
All concur.

---

WILLIAM SEWARD WEBB, Respondent, *v.* WILLIAM H. MOR-RISON et al., Appellants.

*Webb* v. *Morrison*, 92 Hun, 605, affirmed.
(Argued December 6, 1898; decided January 10, 1899.)

APPEAL from a judgment of the late General Term of the Supreme Court in the fourth judicial department, entered January 20, 1896, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*C. D. Adams* and *Rollin H. Smith* for appellants.

*Edwin Countryman* and *Charles E. Snyder* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not sitting.